**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBIN PARKER-HERRINGER, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED,**

        **Plaintiffs,**

-vs-                                **Case No. 6:10-cv-1938-Orl-28DAB**

**ALLEGIANCE SECURITY GROUP, LLC,**

        **Defendant.**
_____

# ORDER

This case is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 44) filed August 25, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 6, 2011 (Doc. No. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Stipulation for Dismissal with Prejudice (Doc. No. 44) is **GRANTED**.

3. This case is dismissed with prejudice.

4. The Clerk is directed to terminate all pending matters and to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of October, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party